# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 03-0595


GOVERNMENT EMPLOYEES
INSURANCE CO., ET AL.

VERSUS

BELINDA STEWART, ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 207,873
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

## OSWALD A. DECUIR
## JUDGE

**********

Court composed of Ned E. Doucet Jr., Chief Judge, and Oswald A. Decuir and Marc T. Amy, Judges.

**AFFIRMED.**

**David A. Hughes**
**Hughes & LaFleur**
**P. O. Box 1831**
**Alexandria, LA 71309-1831**
**(318) 443-4090**
**Counsel for Defendant/Appellee:**
   **State Farm Mutual Auto Insurance Company**


**Christopher J. Roy, Jr.**
**P. O. Box 1592**
**Alexandria, LA 71309-1592**
**(318) 487-9537**
**Counsel for Secondary Plaintiff/Appellant:**
   **Grace Palm**
   **Ellean Dukes**

**John Tucker Kalmbach**
**Cook, Yancey, King & Galloway**
**P. O. Box 22260**
**Shreveport, LA 71120-2260**
**(318) 227-6266**
**Counsel for Plaintiff/Appellant:**
> **Government Employees Insurance Co.**
> **Grace Palm**

**DECUIR, Judge.**

For the reasons assigned in the companion case of *Palm, et al. v. Stewart, et al.*, 03-594 (La.App. 3 Cir. ___/___/_____), ___ So.2d ___, the judgment of the trial court granting summary judgment in favor of State Farm is affirmed.  All costs of these proceedings are taxed to Geico.

**AFFIRMED.**